IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SBG MANAGEMENT SERVICES, INC., d/b/a SBG MANAGEMENT and PENNSYLVANIA JUNIOR HOCKEY CLUB, LLC<br><br>Plaintiffs,<br>V.<br><br>GEORGE HAVILAND, a/k/a GEORGE HAVILAND JR. and NJ JUNIOR TITANS HOCKEY CLUB<br><br>Defendants. | CIVIL ACTION<br><br>NO. 2:18-cv-00833-AB |

**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby STIPULATED and AGREED between the parties that all claims alleged by Plaintiffs, SBG Management ("SBG") and the Pennsylvania Junior Hockey Club, LLC ("PJHC") (collectively, "Plaintiffs"), against Defendants, George Haviland ("Haviland" or "Mr. Haviland") and the NJ Junior Titans Hockey Club ("Titans") (collectively, "Defendants"), are dismissed with prejudice and without attorneys' fees or costs to any party.

| | |
|---|---|
| ARCHER & GREINER, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>Attorneys for Defendants<br><br>By _____<br>Jerrold S. Kulback, Esq., Esquire<br>Tanneika A. Minott, Esquire<br><br>Dated: ~~February~~ May 30, 2019<br>215936462v1 | GOLDSTEIN LAW PARTNERS<br>610 Old York Road, Suite 340<br>Jenkintown, PA 19046<br>Attorneys for Plaintiffs<br><br>By: _____<br>Michael Yanoff, Esquire<br><br>Dated: ~~February~~ May 13, 2019 |